| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Roosevelt Inn, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | 21-11697(AMC) |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| People's Premium Finance<br>P.O. Box 1338<br>Marietta, OH 45750-1338 | | Insurance | | | | $24,544.16 |
| City of Philadelphia Department of Revenue<br>P.O. Box 53180<br>Philadelphia, PA 19105-3180 | | Tax Payment | | | | $19,166.02 |
| CCS Network Technology<br>1 Bishop Lane<br>Mount Holly, NJ 08060 | | Trade Debt | | | | $7,600.00 |
| Water Revenue Bureau<br>P.O. Box 41496<br>Philadelphia, PA 19101-1496 | | Water & Sewer | | | | $5,889.47 |
| DirecTV<br>P.O. Box 5006<br>Carol Stream, IL 60197-5006 | | Trade Debt | | | | $2,880.31 |
| American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL 33336-0001 | | Trade Debt | | | | $2,119.89 |
| Peterson Linen Company<br>P.O. Box 467<br>415 E. Broad Street<br>Tamaqua, PA 18252 | | Trade Debt | | | | $1,732.59 |

Debtor  Roosevelt Inn, LLC    Case number (if known) 21-11697(AMC)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Philadelphia Hospitality Investment Levy Issuance Unit 1401 John F. Kennedy Boulevard Philadelphia, PA 19102 | | Tax Payment | | | | $1,691.12 |
| Express Supply Worldwide P.O. Box 412 Massapequa Park, NY 11762-0412 | | Trade Debt | | | | $1,537.58 |
| Alpha Century Security Inc. 3720 West Chester Pike Newtown Square, PA 19073 | | Trade Debt | | | | $808.00 |
| American Hotel Register 100 S. Milmaukee Avenue Vernon Hills, IL 60061-4305 | | Trade Debt | | | | $769.23 |
| Ultra Klean 3 Jefferson Court Berlin, NJ 08009 | | Trade Debt | | | | $712.80 |
| Comcast Cable P.O. Box 70219 Philadelphia, PA 19176-0219 | | Trade Debt | | | | $478.05 |
| ADT Security Services P.O. Box 219044 Kansas City, MO 64121-9044 | | Trade Debt | | | | $296.00 |
| Sherwin-Williams Co. 7327 Castor Avenue Philadelphia, PA 19152-4204 | | Trade Debt | | | | $295.85 |
| W.B. Mason Co. P.O. Box 981101 Boston, MA 02298-1101 | | Trade Debt | | | | $195.60 |
| The Home Depot Pro FKA Wilmer P.O. Box 404284 Atlanta, GA 30384-4284 | | Trade Debt | | | | $89.40 |

Debtor  Roosevelt Inn, LLC  
      Name

Case number (if known) __21-11697(AMC)__

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FedEx<br>P.O. Box 371461<br>Pittsburgh, PA<br>15250-7461 | | **Trade Debt** | | | | $87.60 |
| Green Estates Lawn Sprinklers<br>7331 Rising Sun Avenue<br>Philadelphia, PA 19111 | | **Trade Debt** | | | | $66.00 |